# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

EPPENDORF NORTH AMERICA, INC.,
a Delaware corporation

AMENDED
**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  C 07 4587 PVT

V.

BIO-RAD LABROATORIES, INC.,
a Delaware corporation

TO: (Name and address of defendant)

Bio-Rad Laboratories, Inc.
1000 Alfred Nobel Drive
Hercules, California 94547

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Todd A. Lorenz, Esq.
DORSEY & WHITNEY LLP
1717 Embarcadero Road
Palo Alto, CA 94303

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE_____

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |
| *Check one box below to indicate appropriate method of service* | |
| ☐ Served Personally upon the Defendant. Place where served: | |
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: | |
| ☐ Returned unexecuted: | |
| ☐ Other *(specify)*: | |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                                               Signature of Server

                                                                           _____
                                                                           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure