| *Attorney or Party without Attorney:*<br>DORSEY & WHITNEY, L.L.P.<br>1717 Embarcadero Road<br>PALO ALTO, CA 94303 | | | *For Court Use Only* |
|---|---|---|---|
| *Telephone No:* 650-857-1717   *FAX No:* 650-857-1288 | | | |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>474391.45 | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT DISTRICT | | | |
| *Plaintiff:* EPPENDORF NORTH AMERICA, INC. | | | |
| *Defendant:* BIO-RAD LABORATORIES, INC. | | | |

| **PROOF OF SERVICE**<br>**UNITED STATES DISTRICT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C 07 4587 PVT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the United States District Court Summons And Complaint In A Civil Case; Amended Summons; Amended Complaint W/Exhibit A; Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Parctice In Cases Assigned For All Purposes To Mag. Judge Partricia V. Trumbull; Standing Order Regarding Case Management In Civil Cases, San Jose Division Of Usdc; Contents Of Joint Case Management Statement; San Jose Division Clerk's Guidelines; Notice Of Assignment Of Case To A United States Magistrate Judge; (Blank) Consent To Proceed Before A United States Magistrate Judge; (Blank) Declinitation To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge

3. a. *Party served:*       BIO-RAD LABORATORIES, INC., a Delaware corporation (Attn: CT CORPORATION SYSTEM, AGENT FOR SERVICE)
   b. *Person served:*    MARGARET WILSON, AUTHORIZED AGENT

4. *Address where the party was served:*    818 WEST SEVENTH STREET
                                              LOS ANGELES, CA 90017

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Sep. 12, 2007 (2) at: 2:45PM

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   on behalf of: BIO-RAD LABORATORIES, INC., a Delaware corporation
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**                               Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. BRUCE ANDERSON                         d. *The Fee for Service was:*   $66.00
   b. **SWIFT ATTORNEY SERVICE**             e. I am: (3) registered California process server
      P.O. BOX 5324                             (i) Owner
      500 ALLERTON STREET, SUITE 105            (ii) Registration No.:    3991
      Redwood City, CA 94063                    (iii) County:             Los Angeles
   c. (650)364-9612, FAX (650)364-3305

8. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

Date: Fri, Sep. 14, 2007

*Judicial Council Form POS-010*                   **PROOF OF SERVICE**               (BRUCE ANDERSON)
*Rule 982.9.(a)&(b) Rev January 1, 2007*          **UNITED STATES DISTRICT**                             dorsey.12669