**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

EPPENDORF NORTH AMERICA, INC.,          C 07-4587 PVT

    *Plaintiff(s),*

**CLERK'S NOTICE RESCHEDULING**
**CASE MANAGEMENT CONFERENCE**

vs.

BIO-RAD LABORATORIES, INC.,

    *Defendant(s).*

---

    Please take notice that the Case Management Conference scheduled for December 11, 2007 at 2:00 p.m. has been rescheduled to **January 29, 2008 at 2:00 p.m.** before Magistrate Patricia V. Trumbull. Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: October 2, 2007

/s/ Corinne Lew
_____
Corinne Lew
DEPUTY CLERK