Todd A. Lorenz, Esq.  SBN 175950
Sri Sankaran, Esq.  SBN 236584
DORSEY & WHITNEY LLP
1717 Embarcadero Road
P.O. Box 51050
Palo Alto, California  94303
Telephone:  (650) 857-1717
Facsimile:  (650) 857-1288
E-mail:  eFilingPA@dorsey.com
E-mail:  lorenz.todd@dorsey.com
E-mail:  sankaran.sri@dorsey.com

Attorneys for Plaintiff
EPPENDORF NORTH AMERICA, INC.

Kevin P. B. Johnson, Esq.  SBN 177129
Victoria A. Maroulis, Esq. SBN 202603
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive
Redwood Shores, CA 94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100
E-mail:  kevinjohnson@quinnemanuel.com
E-mail:  victoriamaroulis@quinnemanuel.com

Attorneys for Defendant
BIO-RAD LABORATORIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EPPENDORF NORTH AMERICA, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> BIO-RAD LABORATORIES, INC., a Delaware Corporation, <br><br> Defendants. | **CASE NO. C 07 4587 PVT** <br><br> **STIPULATION AND ORDER TO STAY PROCEEDINGS** <br><br><br> **Magistrate Judge Patricia V. Trumbull** |

Pursuant to Local Rule 7-12, the parties, Eppendorf North America, Inc., and Bio-Rad Laboratories, Inc., submit this Stipulation and Order to Stay the Proceedings.  In support of this Stipulation, the parties state as follows:

-1-

1286/2365830.11286/2
239074.1

**STIPULATION TO STAY PROCEEDINGS**
**CASE NO. C 07 4587 PVT**

1.There is a corresponding case, 2:07-CV-281 (E.D. Tex) ("the Texas case"), filed on July 5, 2007 and pending in the pleading phase in the United States District Court for the Eastern District of Texas, Marshall Division, involving some of the same parties. In that case, Bio-Rad Laboratories, Inc., brought an action against, *inter alia*, Eppendorf North America, Inc. alleging infringement of United States Patent No. 6,340,589—the same patent at issue in the present case.

2.Eppendorf North America, Inc. asserts that venue is improper in the Eastern District of Texas and has filed a motion to dismiss or to transfer the Texas case to this Court for consolidation.

3.The parties have agreed that should Eppendorf North America, Inc.'s motion in the Texas case be denied, Eppendorf North America, Inc. will move to voluntarily dismiss the present case.

4.Therefore, the parties have agreed that this proceeding should be stayed for the period of time that it takes to resolve Eppendorf North America, Inc.'s motion to dismiss or transfer the Texas case.

5.The Court granted a similar motion to stay on October 2, 2007 (Docket No. 7). The Court rescheduled the Case Management Conference to January 29, 2008 (Docket No. 8). The parties are still conducting jurisdictional discovery in the Texas case. Accordingly the parties request that this proceeding be further stayed until resolution of Eppendorf North America, Inc.'s motion to dismiss or transfer the Texas case.

Respectfully submitted,

Dated: January 24, 2008

DORSEY & WHITNEY LLP

By /S/ Sri Sankaran
TODD A. LORENZ
SRI K. SANKARAN
Attorneys for Plaintiff
EPPENDORF NORTH AMERICA, INC.

Dated: January 24, 2008

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By /S/ Kevin Johnson
KEVIN P. B. JOHNSON
Attorneys for Defendant
BIO-RAD LABORATORIES, INC.

## **ORDER**

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES MAGISTRATE JUDGE

1286/2365830.11286/2
239074.1

-3-

**STIPULATION TO STAY PROCEEDINGS**
**CASE NO. C 07 4587 PVT**