1
2
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

3
4  EPPENDORF NORTH AMERICA, INC.,          C 07-4587 PVT

5             *Plaintiff(s)*,
                                           **CLERK'S NOTICE RESCHEDULING**
                                           **CASE MANAGEMENT CONFERENCE**
6  vs.

7  BIO-RAD LABORATORIES, INC.,

8             *Defendant(s)*.

9

10    Please take notice that the Case Management Conference scheduled for January

11 29, 2008 at 2:00 p.m. has been rescheduled to **April 29, 2008 at 2:00 p.m.** before Magistrate

12 Patricia V. Trumbull**.**    Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse,

13 280 South First Street, San Jose, California.

14
                              /s/ Corinne Lew
15 Dated: January 28, 2008    _____
                              Corinne Lew
16                            DEPUTY CLERK

17
18
19
20
21
22
23
24
25
26
27
28