Todd A. Lorenz, Esq.  SBN 175950
Sri Sankaran, Esq.  SBN 236584
DORSEY & WHITNEY LLP
1717 Embarcadero Road
P.O. Box 51050
Palo Alto, California  94303
Telephone:  (650) 857-1717
Facsimile:  (650) 857-1288
E-mail:  eFilingPA@dorsey.com
E-mail:  lorenz.todd@dorsey.com
E-mail:  sankaran.sri@dorsey.com

Attorneys for Plaintiff
EPPENDORF NORTH AMERICA, INC.

Kevin P. B. Johnson, Esq.  SBN 177129
Victoria A. Maroulis, Esq. SBN 202603
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive
Redwood Shores, CA 94065
Telephone:  (650) 801-5000
Facsimile:   (650) 801-5100
E-mail:  kevinjohnson@quinnemanuel.com
E-mail:  victoriamaroulis@quinnemanuel.com

Attorneys for Defendant
BIO-RAD LABORATORIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EPPENDORF NORTH AMERICA, INC., a Delaware Corporation, | CASE NO. C 07 4587 PVT |
| Plaintiff, | **STIPULATION AND ORDER TO FURTHER STAY PROCEEDINGS** |
| v. | |
| BIO-RAD LABORATORIES, INC., a Delaware Corporation, | **Magistrate Judge Patricia V. Trumbull** |
| Defendants. | |

Pursuant to Local Rule 7-12, the parties, Eppendorf North America, Inc., and Bio-Rad Laboratories, Inc., submit this Stipulation and Order to Further Stay the Proceedings.  In support of this Stipulation, the parties state as follows:

-1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1.    There is a corresponding case, 2:07-CV-281 (E.D. Tex) ("the Texas case"), filed on July 5, 2007 and pending in the pleading phase in the United States District Court for the Eastern District of Texas, Marshall Division, involving some of the same parties.  In that case, Bio-Rad Laboratories, Inc., brought an action against, *inter alia*, Eppendorf North America, Inc. alleging infringement of United States Patent No. 6,340,589—the same patent at issue in the present case.

2.    Eppendorf North America, Inc. asserts that venue is improper in the Eastern District of Texas and has filed a motion to dismiss or to transfer the Texas case to this Court for consolidation.  The motion has been fully briefed following related discovery, but has not yet been decided by the Eastern District of Texas court.

3.    The parties have agreed that should Eppendorf North America, Inc.'s motion in the Texas case be denied, Eppendorf North America, Inc. will move to voluntarily dismiss the present case.

4.    Therefore, the parties have agreed that this proceeding should be stayed for the period of time that it takes to resolve Eppendorf North America, Inc.'s motion to dismiss or transfer the Texas case.

5.    There is presently a case management conference scheduled for April 29, 2008 (Clerk's Notice, Docket No. 11).  The Court previously granted a stay and continuance of the case management conference on similar facts on October 2, 2007 (Docket No. 7) and on January 25, 2008 (Docket No. 10).  Accordingly the parties request that the case management conference be further stayed until resolution of Eppendorf North America, Inc.'s motion to dismiss or transfer of the Texas case.

**STIPULATION TO FURTHER STAY PROCEEDINGS
CASE NO. C 07 4587 PVT**

1

2
                    Respectfully submitted,

3
Dated:  April 8, 2008

4
                    DORSEY & WHITNEY LLP

5

6
                    By  /S/ Sri Sankaran

7
                          TODD A. LORENZ
                          SRI K. SANKARAN

8
                          Attorneys for Plaintiff
                          EPPENDORF NORTH AMERICA, INC.

9

10
Dated:  April 8, 2008

11
                    QUINN EMANUEL URQUHART
                    OLIVER & HEDGES, LLP

12

13
                    By  /S/ Kevin Johnson

14
                          KEVIN P. B. JOHNSON

15
                          Attorneys for Defendant
                          BIO-RAD LABORATORIES, INC.

16

17

18
                          **<u>ORDER</u>**

19
       PURSUANT TO STIPULATION IT IS SO ORDERED.

20
Dated:  _____4/9/08_____

21

22
                        UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

**STIPULATION TO FURTHER STAY PROCEEDINGS
CASE NO. C 07 4587 PVT**