**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

EPPENDORF NORTH AMERICA, INC.,
    *Plaintiff(s),*

vs.

BIO-RAD LABORATORIES, INC.,

    *Defendant(s).*

C 07-4587 PVT

**CLERK'S NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE**

    Please take notice that the Case Management Conference previously scheduled for April 29, 2008 has been rescheduled to **September 23, 2008 at 2:00 p.m. for Case Management Conference** before Magistrate Patricia V. Trumbull. Parties are to appear in Courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: April 10, 2008

/s/ Corinne Lew
_____
Corinne Lew
DEPUTY CLERK