1  TODD A. LORENZ, Bar No. 175950
   tlorenz@kslaw.com
2  PAUL J. ANDRE, Bar No. 196585
   pandre@kslaw.com
3  LISA KOBIALKA, Bar No. 191404
   lkobialka@kslaw.com
4  KING & SPALDING LLP
   1000 Bridge Parkway, Suite 100
5  Redwood Shores, CA 94065
   Telephone:    (650) 590-0700
6  Facsimile:    (650) 590-1900

7
   Attorneys for Plaintiff
8  EPPENDORF NORTH AMERICA, INC.

9
                  UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11

12

13 | EPPENDORF NORTH AMERICA, INC.    | CASE NO. C 07-04587 PVT

14 |           Plaintiff,             | SUBSTITUTION OF COUNSEL

15 |    v.

16 | BIO-RAD LABORATORIES, INC.,

17 |           Defendant.

---

SUBSTITUTION OF COUNSEL                              CASE NO. C 07-04587 PVT

1  Plaintiff Eppendorf North America, Inc. hereby substitutes as its counsel in this proceeding
2  the law firm of King & Spalding LLP in place of Dorsey Whitney LLP. King & Spalding's
3  address is:

4  King & Spalding LLP
   1000 Bridge Parkway, Suite 100
5  Redwood City, CA 94065
6  Phone: (650) 590-0700
   Facsimile: (650) 590-1900
7

8  DATED: July 25, 2008                        EPPENDORF NORTH AMERICA, INC,.

9                                              By: _____
10                                                 H. Joseph Crowley, President & CEO

11

12  The undersigned consents to the substitution.    DORSEY WHITNEY LLP
13  DATED: July 31, 2008
                                                By: _____
14                                                  Martha Luemers

15

16  The undersigned accepts the substitution.    KING & SPALDING LLP
17  Dated: July 28, 2008
                                                By: _____
18                                                  Todd A. Lorenz

19
20
21
22
23
24
25
26
27
28

SUBSTITUTION OF COUNSEL                                              CASE NO. C 07-04587 PVT