1   KING & SPALDING LLP
      Todd A. Lorenz, Esq.  SBN 175950
2     Paul J. Andre, Esq. SBN 196585
      Four Embarcadero Center, Suite 3500
3     San Francisco, California 94111
      Telephone: (415) 318-1200
4     Facsimile: (415) 318-1300
      tlorenz@kslaw.com
5

6   Attorneys for Plaintiff
    EPPENDORF NORTH AMERICA, INC.
7

    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
8     Doug Colt, SBN 210915
      555 Twin Dolphin Drive, Suite 560
9     Redwood Shores, CA 94065
      Telephone: (650) 801-5000
10    Fax: (650) 801-5100
      kevinjohnson@quinnemanuel.com
11

    Attorneys for Defendant,
12  BIO-RAD LABORATORIES, INC.

13

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                  SAN JOSE DIVISION

17  EPPENDORF NORTH AMERICA, INC.,        )   CASE NO.:  C07-04587 PVT
                                          )
18              Plaintiff,                )   **STIPULATION AND ORDER OF**
                                          )   **DISMISSAL**
19         v.                             )
                                          )
20  BIO-RAD LABORATORIES, INC.,           )
                                          )
21              Defendant.                )
                                          )
22  _____  )

23  **VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND ORDER**
24  **PURSUANT TO RULE 41(a)(1), FED. R. CIV. P.**

25      Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Eppendorf North America, Inc. hereby

26  dismisses the Complaint and all causes of action as against Defendant Bio-Rad Laboratories, Inc.
27
    with prejudice and without costs.  Defendant Bio-Rad Laboratories, Inc. hereby dismisses any
28

1  counterclaims and any causes of action as against Eppendorf North America, Inc. with prejudice

2  and without costs.

3      Plaintiff and Defendant hereby stipulate and consent, and this Court hereby adjudges as

4  follows:

5          1. This Court has jurisdiction over the subject matter and the parties to this action,

6  and venue is proper in this District.

7          2. All of the parties' claims and counterclaims are dismissed with prejudice.

8

9          3. The parties shall bear their own costs and attorneys' fees.

10     THE ABOVE ORDER IS HEREBY STIPULATED TO AND AGREED BY THE

11  PARTIES.

12

13  Dated: _August 1_, 2008          Dated: _Aug. 1_, 2008

14  KING & SPALDING                QUINN EMANUEL URQUHART
                                   OLIVER & HEDGES, LLP
15

16  Attorneys for Plaintiff          Attorneys for Defendant

17

18  Todd A. Lorenz                 Doug Colt

19  PURSUANT TO THE STIPULATION OF THE PARTIES IT IS SO ORDERED

20

21  Dated: _____, 2008

22

23

24                              The Honorable Patricia V. Trumbull
                                United States Magistrate Judge
25

26

27

28