Todd A. Lorenz, Esq.  SBN 175950
KING & SPALDING LLP
Four Embarcadero Center, Suite 3500
San Francisco, California  94111
Office: 415.318.1200
FAX: 415.318.1300
email: tlorenz@kslaw.com

Attorneys for Plaintiff
EPPENDORF NORTH AMERICA, INC.

Kevin P. B. Johnson, Esq.  SBN 177129
Victoria A. Maroulis, Esq. SBN 202603
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive
Redwood Shores, CA 94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100
E-mail:  kevinjohnson@quinnemanuel.com
E-mail:  victoriamaroulis@quinnemanuel.com

Attorneys for Defendant
BIO-RAD LABORATORIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EPPENDORF NORTH AMERICA, INC.,<br>a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BIO-RAD LABORATORIES, INC.,<br>a Delaware Corporation,<br><br>Defendants. | **CASE NO. C 07 4587 PVT**<br><br>**STIPULATION TO PROCEED<br>BEFORE MAGISTRATE JUDGE**<br><br><br>**Magistrate Judge Patricia V. Trumbull** |

The parties, Eppendorf North America, Inc., and Bio-Rad Laboratories, Inc., submit this joint stipulation to proceed before Magistrate Judge Patricia V. Trumbull.

Respectfully submitted,

Dated: August 6, 2008

KING & SPALDING LLP

By /S/ Todd A. Lorenz
TODD A. LORENZ
Attorneys for Plaintiff
EPPENDORF NORTH AMERICA, INC.

Dated: August 6, 2008

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By /S/ Victoria Maroulis

VICTORIA MAROULIS
Attorneys for Defendant
BIO-RAD LABORATORIES, INC.

## **ORDER**

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES MAGISTRATE JUDGE