KING & SPALDING LLP
Todd A. Lorenz, Esq. SBN 175950
Paul J. Andre, Esq. SBN 196585
Four Embarcadero Center, Suite 3500
San Francisco, California 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
tlorenz@kslaw.com

Attorneys for Plaintiff
EPPENDORF NORTH AMERICA, INC.

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Doug Colt, SBN 210915
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Fax: (650) 801-5100
kevinjohnson@quinnemanuel.com

Attorneys for Defendant,
BIO-RAD LABORATORIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EPPENDORF NORTH AMERICA, INC., | CASE NO.: C07-04587 PVT |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| v. | |
| BIO-RAD LABORATORIES, INC., | |
| Defendant. | |

## VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND ORDER PURSUANT TO RULE 41(a)(1), FED. R. CIV. P.

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Eppendorf North America, Inc. hereby dismisses the Complaint and all causes of action as against Defendant Bio-Rad Laboratories, Inc. with prejudice and without costs. Defendant Bio-Rad Laboratories, Inc. hereby dismisses any

counterclaims and any causes of action as against Eppendorf North America, Inc. with prejudice and without costs.

Plaintiff and Defendant hereby stipulate and consent, and this Court hereby adjudges as follows:

1. This Court has jurisdiction over the subject matter and the parties to this action, and venue is proper in this District.

2. All of the parties' claims and counterclaims are dismissed with prejudice.

3. The parties shall bear their own costs and attorneys' fees.

THE ABOVE ORDER IS HEREBY STIPULATED TO AND AGREED BY THE PARTIES.

Dated: August 1, 2008

KING & SPALDING

Attorneys for Plaintiff

Todd A. Lorenz

Dated: Aug. 1, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

Attorneys for Defendant

Doug Colt

PURSUANT TO THE STIPULATION OF THE PARTIES IT IS SO ORDERED

Dated: 9/18, 2008

Patricia V. Trumbull
The Honorable Patricia V. Trumbull
United States Magistrate Judge